**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Andres M. Heredia<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–6064<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 18–15425–JKS | |

# Order of Discharge                                                                              12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Andres M. Heredia

6/22/18                                                                        **By the court:**   John K. Sherwood
                                                                                                   United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 18-15425-JKS
Andres M. Heredia                                                         Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2          Date Rcvd: Jun 22, 2018
                              Form ID: 318             Total Noticed: 40

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 24, 2018.
```
db             Andres M. Heredia,    6901 Polk St,    Apt 1,    Guttenberg, NJ 07093-1878
517397993      Capital One Bank USA, NA,    c/o Lyons, Doughty, Veldhius PC,    136 Gaither Dr Ste 100,
                Mount Laurel, NJ 08054-1725
517397994      Capital One N.A.,    c/o the Bureaus Inc,    1717 Central St,    Evanston, IL 60201-1507
517397995      Capital One/GM Card,    c/o Frontline Asset Strategies, LLC,    2700 Snelling Ave N,
                Roseville, MN 55113-1719
517398005      Ford Motor Credit Company LLC,    c/o Michael J. Ingino, Esq.,    1333 S University Dr Ste 201,
                Plantation, FL 33324-4001
517398006      Hudson Co.Sup.Ct/Docket#:DC00969117,    Special Civil PArt,    595 Newark Ave,
                Jersey City, NJ 07306-2394
517398007      Hudson Co.Sup.Ct/Docket#:DC01354617,    Special Civil PArt,    595 Newark Ave,
                Jersey City, NJ 07306-2394
517398008      Hudson Co.Sup.Ct/Docket#:DC01590917,    Special Civil PArt,    595 Newark Ave,
                Jersey City, NJ 07306-2394
517398011      Midland Funding LL,    c/o Pressler & Pressler,    7 Entin Rd,    Parsippany, NJ 07054-5020
517398017      The Bureaus Inc,    1717 Central St,    Evanston, IL 60201-1507
517398022      Visa Dept Store National Bank/Macy's,    Attn: Bankruptcy,    PO Box 8053,
                Mason, OH 45040-8053
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Jun 23 2018 00:00:49      U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 23 2018 00:00:45      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
cr            +EDI: RMSC.COM Jun 23 2018 03:33:00      Synchrony Bank c/o PRA Receivables Management, LLC,
                PO BOX 41021,    Norfolk, VA 23541-1021
517397989      EDI: AMEREXPR.COM Jun 23 2018 03:33:00      Amex,    Correspondence,    PO Box 981540,
                El Paso, TX 79998-1540
517397990      EDI: AMEREXPR.COM Jun 23 2018 03:33:00      Amex,    PO Box 297871,
                Fort Lauderdale, FL 33329-7871
517397991      EDI: CAPITALONE.COM Jun 23 2018 03:33:00      Capital One,    15000 Capital One Dr,
                Richmond, VA 23238-1119
517397992      EDI: CAPITALONE.COM Jun 23 2018 03:33:00      Capital One,
                Attn: General Correspondence/Bankruptcy,    PO Box 30285,    Salt Lake City, UT 84130-0285
517397997      EDI: MID8.COM Jun 23 2018 03:33:00      Credit One Bank N.A.,    c/o Midland Funding LLC,
                2365 Northside Dr Ste 30,    San Diego, CA 92108-2709
517397996      EDI: RESURGENT.COM Jun 23 2018 03:33:00      Credit One Bank N.A.,    c/o Lvnv Funding LLC,
                PO Box 1269,    Greenville, SC 29602-1269
517397998      EDI: RCSFNBMARIN.COM Jun 23 2018 03:33:00      Credit One Bank NA,    PO Box 98873,
                Las Vegas, NV 89193-8873
517397999      EDI: RCSFNBMARIN.COM Jun 23 2018 03:33:00      Credit One Bank NA,    PO Box 98875,
                Las Vegas, NV 89193-8875
517398000      EDI: DISCOVER.COM Jun 23 2018 03:33:00      Discover Fin Svcs LLC,    PO Box 15316,
                Wilmington, DE 19850-5316
517398001      EDI: DISCOVER.COM Jun 23 2018 03:33:00      Discover Financial,    PO Box 3025,
                New Albany, OH 43054-3025
517398002      EDI: TSYS2.COM Jun 23 2018 03:33:00      Dsnb Macys,    PO Box 8218,    Mason, OH 45040-8218
517398004      EDI: AMINFOFP.COM Jun 23 2018 03:33:00      First Premier Bank,    PO Box 5524,
                Sioux Falls, SD 57117-5524
517398003     +EDI: AMINFOFP.COM Jun 23 2018 03:33:00      First Premier Bank,    601 S Minnesota Ave,
                Sioux Falls, SD 57104-4868
517398009      EDI: RESURGENT.COM Jun 23 2018 03:33:00      Lvnv Funding LLC,    PO Box 1269,
                Greenville, SC 29602-1269
517398010      EDI: MID8.COM Jun 23 2018 03:33:00      Midland Funding,    2365 Northside Dr Ste 30,
                San Diego, CA 92108-2709
517398013      EDI: PRA.COM Jun 23 2018 03:33:00      Portfolio Recovery Assoc LLC,
                c/o Sheena Daneshyar, Esq.,    120 Corporate Blvd,    Norfolk, VA 23502-4952
517398012      EDI: PRA.COM Jun 23 2018 03:33:00      Portfolio Recov Assoc,    120 Corporate Blvd Ste 1,
                Norfolk, VA 23502-4952
517398014      EDI: RMSC.COM Jun 23 2018 03:33:00      Syncb/amazon,    PO Box 965015,    Orlando, FL 32896-5015
517401496     +EDI: RMSC.COM Jun 23 2018 03:33:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                PO Box 41021,    Norfolk, VA 23541-1021
517398015      EDI: PRA.COM Jun 23 2018 03:33:00      Synchrony Bank,    c/o Portfolio Reco Assoc,
                120 Corporate Blvd Ste 1,    Norfolk, VA 23502-4952
517398016      EDI: RMSC.COM Jun 23 2018 03:33:00      Synchrony Bank/Amazon,    Attn: Bankruptcy,
                PO Box 965060,    Orlando, FL 32896-5060
517398018      EDI: TFSR.COM Jun 23 2018 03:33:00      Toyota Financial Services,    PO Box 5855,
                Carol Stream, IL 60197-5855
517398019      EDI: TFSR.COM Jun 23 2018 03:33:00      Toyota Financial Services,    PO Box 9786,
                Cedar Rapids, IA 52409-0004
517398020      EDI: TFSR.COM Jun 23 2018 03:33:00      Toyota Motor Credit Corp,    PO Box 9786,
                Cedar Rapids, IA 52409-0004
517398023      EDI: WFFC.COM Jun 23 2018 03:33:00      Wells Fargo,    PO Box 14517,
                Des Moines, IA 50306-3517
```

```
District/off: 0312-2           User: admin              Page 2 of 2            Date Rcvd: Jun 22, 2018
                               Form ID: 318             Total Noticed: 40
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
517398024        EDI: WFFC.COM Jun 23 2018 03:33:00      Wells Fargo Bank,    PO Box 10438,
                  Des Moines, IA  50306-0438
                                                                                              TOTAL: 29

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517398021*       Toyota Motor Credit Corp.,    PO Box 9786,    Cedar Rapids, IA  52409-0004
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 24, 2018                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 22, 2018 at the address(es) listed below:
```
              Denise E. Carlon     on behalf of Creditor    Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Jeffrey Lester     jlester@bllaw.com, NJ19@ecfcbis.com
              Rafael  Gomez     on behalf of Debtor Andres M. Heredia gomez@gomezlegal.com,
               G26361@notify.cincompass.com
              Rebecca Ann Solarz     on behalf of Creditor    Toyota Motor Credit Corporation
               rsolarz@kmllawgroup.com
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 5
```